**BOATES LAW FIRM, PLLC**
42104 N. Venture Dr. Suite D 126
Anthem, Arizona 85086
Steven Janssen, SBN 021147
Telephone: (623) 551-5457
Facsimile: (623) 551-5758
Attorneys for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>THOMAS GERMAN AND<br>CATHLEEN PACHECO,<br>             Debtors.<br>_____<br>CitiMortgage, Inc.<br><br>        Movant,<br>vs.<br><br>Thomas German, Cathleen Pacheco,<br>Debtors : S. William Manera, Trustee.<br><br>      Respondents. | Chapter 7<br><br>Case No. 2:10-bk-26857-GBN<br><br>**DEBTORS' WITHDRAWAL OF OBJECTION TO MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY**<br><br>RE: Real Property located at<br>4819 W Libby St<br>Glendale, AZ 85308 |

Debtors, Thomas German and Cathleen Pacheco (**"Debtors"**), by and through undersigned counsel, hereby withdraw their Objection to the Motion to Lift the Automatic Bankruptcy Stay filed by CitiMortgage, Inc.

DATED this 29th of November, 2010.

**BOATES LAW FIRM, PLLC**

By ____/s/ Steven R. Janssen_____
      Steven R. Janssen
      Attorneys for Debtors

ORIGINAL OF THE FOREGOING FILED ELECTRONICALLY
this 29th of November, 2010, with:

Clerk of the United States Bankruptcy Court
District of Arizona

COPY OF THE FOREGOING MAILED
this 29th of November, 2010, to:

Arizona Federal Credit Union
P.O. Box 60070
Phoenix, AZ 85082

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

COPY OF THE FOREGOING ELECTRONICALLY
MAILED this 29th of November, 2010, to:

CitiMortgage, Inc.
c/o Mark S. Bosco, Esq.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
*Attorney for Movant*

Kimberly German
15733 North 168th Avenue
Surprise, AZ 85374

S. William Manera
P.O. Box 44350
Phoenix, AZ 85064-4350
*Trustee*

By:    /s/ Robin Spielman